

# Service of Process Transmittal

11/19/2021
CT Log Number 540617534

**TO:** Lewis Chartock, President
MERS/Missouri Goodwill Industries
1727 Locust St
Saint Louis, MO 63103-1703

**RE:** **Process Served in Illinois**

**FOR:** MERS/Missouri Goodwill Industries (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: DAWSON NOLTE // To: MERS/Missouri Goodwill Industries
*Name discrepancy noted.*

**DOCUMENT(S) SERVED:** --

**COURT/AGENCY:** None Specified
Case # 2021AR448

**NATURE OF ACTION:** Employee Litigation - Wrongful Termination

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Chicago, IL

**DATE AND HOUR OF SERVICE:** By Process Server on 11/19/2021 at 02:12

**JURISDICTION SERVED :** Illinois

**APPEARANCE OR ANSWER DUE:** None Specified

**ATTORNEY(S) / SENDER(S):** None Specified

**REMARKS:** According to the Illinois Secretary of State, the only entity registered beginning with the name MERS/MISSOURI GOODWILL is MERS/MISSOURI GOODWILL INDUSTRIES????.

**ACTION ITEMS:** SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780110934216

**REGISTERED AGENT ADDRESS:** C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
866-539-8692
CorporationTeam@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



EXHIBIT A




# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Nov 19, 2021

**Server Name:** Sheriff Drop

| Entity Served | MERS MISSOURI GOODWILL |
|---|---|
| Case Number | 2021AR448 |
| Jurisdiction | IL |



**IN THE CIRCUIT COURT**
**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | |
|---|---|
| **DAWSON NOLTE** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Case No. 2021-AR-448** |
| | ) |
| **MERS MISSOURI GOODWILL,** | ) |
| | ) |

**Defendant.**
**SERVE AT:**
**208 S. La Salle St.**
**Ste. 814**
**Chicago, IL 60604**

**SUMMONS**

TO MERS MISSOURI GOODWILL.:

YOU ARE SUMMONED and required to appear before this Court at MADISON COUNTY COURTHOUSE 155 N. MAIN, EDWARDSVILLE, IL 62025, Room TBA at 9:00 AM on or before 12/23/2021, to answer the complaint in this case, a copy of which is hereto attached. IF YOU FAIL TO DO SO, A JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with the endorsement of service and fees, if any immediately after service and not less than three days before the day of appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than three days before the day for appearance.

Witness, THOMAS MCRAE the Clerk of said Circuit Court and seal thereof, at Edwardsville, IL on 10/27/2021.

CIRCUIT COURT MADISON COUNTY, ILLINOIS

THOMAS MCRAE
CLERK OF THE CIRCUIT COURT
BY: /s/ Thomas McRae /s/ Jennifer Schaefer
Deputy Clerk


DIE DATE
12/01/2021
SERVICE INF
ATTACHED
DOC.TYPE: SUMMONS
CASE NUMBER: 2021AR448
DEFENDANT
MERS MISSOURI GOODWILL
208 S LASALLE ST
CHICAGO, IL 60604
814

THE DONOHOO LAW FIRM PC

251 E. Airline Drive
East Alton, IL 62024




The Donohoo Law Firm, P.C.
Christopher M. Donohoo
251 E. Airline Dr.
East Alton, IL 62024

COOK COUNTY SHERIFF'S OFFICE
CIVIL DIVISION - DALEY CENTER
50 W. Washington, Room 701
Chicago, IL 60602
(312) 603-3365

DATE: 11/12/2021 TIME: 10:28 AM
BATCH #: 80121 TRANS #: 11
CASHIER: klittle

==========================================

CASE TYPE: SUMMONS
SHERIFF #: 03569092
CASE #: 2021AR448
*Check on Service after: 12/1/2021*

| | |
|---|---|
| General Service Fee | $50.00 |
| General Mileage Fee | $10.00 |
| PAYMENT TOTAL: | $60.00 |

==========================================

TRANSACTION TOTAL: $60.00

TENDERED: Check $60.00

==========================================

Checks presented:

THE DONOHOO LAW FIRM, P.C. 5334

DATE 10/07/21

PAY TO THE ORDER OF Cook County Sheriff $ 60.00

Sixty & 00/100 DOLLARS

BUSEY BANK

FOR Service of Summons (Nalls) Chris Donohoo

*NOW!!! Check ON-LINE for the status of your Service of Process at https://civilprocess.ccsheriff.org*

*When checking on service, have your Sheriff's Number or Case Number Available*

**ATTORNEY FOR PETITIONER:**
**CHRISTOPHER M. DONOHOO**
**251 EAST AIRLINE DR.**
**EAST ALTON, IL 62024**

Date of Service: ______________________________, 2021
(To be inserted by officer on the copy left with the defendant or other person.)

*E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-fling service provider. Visit https://illinoiscourts.gov/service providers/htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.ilinoiscourts.gov/FAQ/gethelpas*

**IN THE CIRCUIT COURT**
**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| **DAWSON NOLTE** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Case No. 2021-AR-448** |
| **MERS MISSOURI GOODWILL,** | ) | |
| **Defendant.** | ) | |

**SERVE AT:**
**208 S. La Salle St.**
**Ste. 814**
**Chicago, IL 60604**

**SUMMONS**

TO MERS MISSOURI GOODWILL.:

YOU ARE SUMMONED and required to appear before this Court at MADISON COUNTY COURTHOUSE 155 N. MAIN, EDWARDSVILLE, IL 62025, Room TBA at 9:00 AM on or before 12/23/2021, to answer the complaint in this case, a copy of which is hereto attached. IF YOU FAIL TO DO SO, A JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with the endorsement of service and fees, if any immediately after service and not less than three days before the day of appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than three days before the day for appearance.

Witness, THOMAS MCRAE the Clerk of said Circuit Court and seal thereof, at Edwardsville, IL on 10/27/2021.

CIRCUIT COURT MADISON COUNTY, ILLINOIS

THOMAS MCRAE
CLERK OF THE CIRCUIT COURT
BY: /s/ Thomas McRae /s/ Jennifer Schaefer
Deputy Clerk



DIE DATE
12/01/2021

DOC.TYPE: SUMMONS
CASE NUMBER: 2021AR448
DEFENDANT
MERS MISSOURI GOODWILL
208 S LASALLE ST
CHICAGO, IL 60604
814

SERVICE INF

ATTACHED

**ATTORNEY FOR PETITIONER:**
**CHRISTOPHER M. DONOHOO**
**251 EAST AIRLINE DR.**
**EAST ALTON, IL 62024**

Date of Service: ______________________________, 2021
(To be inserted by officer on the copy left with the defendant or other person.)

*E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-fling service provider. Visit https://illinoiscourts.gov/service providers/htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.ilinoiscourts.gov/FAQ/gethelpas*

***EFILED***
Case Number 2021AR000448
Date: 10/25/2021 3:19 PM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | | |
|---|---|---|
| **DAWSON NOLTE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.** 2021AR000448 |
| | ) | |
| **MERS MISSOURI GOODWILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

NOW COMES Plaintiff, Dawson Nolte, by and through his attorneys of record, Christopher M. Donohoo of The Donohoo Law Firm, P.C., and for his cause of action against the Defendant, MERS Missouri Goodwill, states as follows:

1. That at all times relevant the Defendant, MERS Missouri Goodwill, was and remains a company doing business in and around Madison County, Illinois with a location in Edwardsville.

2. That Plaintiff worked for Defendant, MERS Missouri Goodwill and has worked for Defendant until he was terminated on or about January 22, 2021.

3. That at all times mentioned, Plaintiff was an employee of MERS Missouri Goodwill.

4. That on or about July 30, 2020, Plaintiff was injured at work while working for the defendant at the location in the City of Edwardsville, County of Madison and State of Illinois.

5. That on or about October 20, 2020, Plaintiff filed an Application for Adjustment of Claim with the Illinois Workers' Compensation Commission, which was set at the

Collinsville, Illinois docket.

6. That on August 13, 2020, approximately two weeks after his injury, the Plaintiff was ordered off work until further evaluation by the treating physician referred by his employer. About a month later, the Plaintiff was seen by another physician, who recommended the Plaintiff undergo surgery.

7. Plaintiff subsequently settled his workers' compensation claim on or about June 15, 2021.

8. That on or about, January 24, 2021, Plaintiff, while still off work for his work-related injury, received notice that he was terminated from MERS Missouri Goodwill.

10. That on or about January 22, 2021, Plaintiff was unlawfully discharged from his employment with Defendant, MERS Missouri Goodwill, as a result of the exercise of his rights under the Illinois Workers' Compensation Act, in violation of 820 ILCS 305 (4)(h).

11. That as a direct and proximate result of said retaliatory discharge, the Plaintiff has incurred lost wages, past and future; sustained emotional distress and anxiety; costs associated with securing subsequent employment; humiliation and distress; and has been unable to secure similar employment.

WHEREFORE, Plaintiff prays this Court to award him an amount in excess of Fifteen Thousand Dollars ($15,000.00) but less than Fifty Thousand Dollars ($50,000.00) for compensatory and punitive damages, and costs of said litigation.

THE DONOHOO LAW FIRM, P.C.

Christopher M. Donohoo (#6277389)
251 E. Airline Drive
East Alton, IL 62024
Phone: 618.259.8800
Fax: 618.259.8802
chris@donohoolawfirm.com
ATTORNEY FOR PLAINTIFF

**IN THE CIRCUIT COURT**
**THIRD JUDICIAL CIRCUIT**
**MADISON COUNTY, ILLINOIS**

| | | |
|---|---|---|
| **DAWSON NOLTE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.** ___________ |
| | ) | |
| **MERS MISSOURI GOODWILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF DAMAGES**

COMES NOW Affiant, Christopher M. Donohoo of The Donohoo Law Firm, P.C., and pursuant to Supreme Court Rules, and hereby states that the above-noted action claims more than Fifteen Thousand Dollars ($15,000) but less than Fifty Thousand Dollars ($50,000).

Further Affiant sayeth not.

Chris Donohoo
Christopher M. Donohoo

SUBSRIBED AND SWORN to before me, a Notary Public, on this 25th day of October, 2021.

Teri Ward
Notary Public

"OFFICIAL SEAL"
TERI L. WARD
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 28, 2025