IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAWSON NOLTE,

Plaintiff,

v.

MERS MISSOURI GOODWILL,

Defendant.

Case No. 21-cv-1704 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 9/12/2022**            MONICA A. STUMP, Clerk of Court

                                **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**